## RECONSIDERATION OF PRIOR DECISIONS

**2003–0164.   Myers v. Ohio Bur. of Workers' Comp.**
Mahoning App. No. 01CA131, 2002-Ohio-7439. Reported at 98 Ohio St.3d 1538, 2003-Ohio-1946, 786 N.E.2d 901. On motion for reconsideration and motion for reconsideration under S.Ct.Prac.R. XI(1)(B) of amicus curiae Industrial Commission of Ohio. Motions denied.

RESNICK and F.E. SWEENEY, JJ., dissent.